# MEMORANDUM DECISIONS.

Martha W. Prout and William W. Prout, her husband, Appellants, v. Dade County Security Company, a Corporation, Appellee.

(Supreme Court of Florida, En Banc. January 8, 1907.)

Appeal from Circuit Court, Dade County; Minor S. Jones, Judge.

*George A. Worley,* for Appellants;

No appearance for Appellee.

The bill in this cause was filed by the appellee against the appellants. There was decree for the complainants, and the defendants appeal. Dismissed on motion of counsel for appellants.